United States District Court
Southern District of Texas
**ENTERED**
November 02, 2015
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JAY BROUGHTON, *et al*, § <br> § <br> Plaintiffs, § <br> VS. § <br> § <br> FREESTONE INSURANCE COMPANY; fka § <br> DALLAS NATIONAL INSURANCE § <br> COMPANY, *et al*, § <br> § <br> Defendants. § | CIVIL ACTION NO. 4:14-CV-2506 |

## FINAL JUDGMENT

Plaintiffs brought this suit against Defendant Castlepoint National Insurance Company ("Defendant"),[1] alleging claims for breach of contract; for violations of the Texas Deceptive Trade Practices Act (DTPA) and the Texas Insurance Code; for bad faith; and for breach of the duty of good faith and fair dealing. Defendant filed motions for summary judgment, which the Court granted at a hearing on October 28, 2015.[2] At that hearing, the Court dismissed all of Plaintiffs' claims with prejudice. Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons set forth at the hearing, final judgment is hereby **ENTERED** for Defendant Castlepoint National Insurance Company.

IT IS SO ORDERED.

SIGNED at Houston, Texas on this the 2nd day of November, 2015.

HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

---

[1] The Freestone Insurance Company, listed as a defendant in the Caption, was named in the Complaint for "nominal" purposes only. Pls.' Third Am. Compl. (Doc. No. 71-1) ¶ 4. The Complaint was "not filed as a justiciable claim and prosecution of action as against Freestone Insurance Company." *Id.*

[2] Minute Entry, Oct. 28, 2015 (granting Def.'s Mot. Summ. J. (Tract Housing Exclusion); granting in part and denying in part Def.'s Mot. Summ. J. (Statute of Limitations); denying as moot Def.'s Mot. Summ. J. (Notice/Prejudice)).